IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Crim. No. 1:23-CR-00002-01

v.

EARL MARSHAWN WASHINGTON : Judge Jennifer P. Wilson

## PLEA

**AND NOW**, on this 19th day of July, 2023 the above-captioned defendant hereby pleads ___guilty___ to the Superseding Information.

FILED
HARRISBURG, PA
JUL 19 2023
PER _____
DEPUTY CLERK

_____
(Defendant's Signature)

_____
(Defense Counsel)